# United States Court of Appeals
## For the First Circuit

_____

Nos. 23-1535
    23-1645

L. M., a minor by and through his father and stepmother and natural guardians, Christopher and Susan Morrison,

Plaintiff - Appellant,

v.

TOWN OF MIDDLEBOROUGH, MASSACHUSETTS; MIDDLEBOROUGH SCHOOL COMMITTEE; CAROLYN J. LYONS, Superintendent, Middleborough Public Schools, in her official capacity; HEATHER TUCKER, Acting Principal, Nichols Middle School, in her official capacity,

Defendants - Appellees.

_____

**ORDER OF COURT**

Entered: August 15, 2023
Pursuant to 1st Cir. R. 27.0(d)

In light of the consolidation order that entered on August 15, 2023, appellant's extension motion filed in 23-1535 appears moot.

By the Court:

Maria R. Hamilton, Clerk

cc:
David Andrew Cortman
Andrew David Beckwith
John J. Bursch
Rory Thomas Gray
Paul Logan Spena
Tyson Charles Langhofer
Gregg J. Corbo
Deborah I. Ecker
Kay H. Hodge
John Matthew Simon
Garrett A.D. Gee