# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-1535, 23-1645    **Short Title:** L.M. v. Town of Middleborough

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[ ] appellant(s)         [ ] appellee(s)         [✔] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

Ilya Shapiro
Signature

10/4/23
Date

Ilya Shapiro
Name

Manhattan Institute
Firm Name (if applicable)

212-599-7000
Telephone Number

52 Vanderbilt Ave.
Address

_____
Fax Number

New York, NY 10017
City, State, Zip Code

ishapiro@manhattan-institute
Email (required)

Court of Appeals Bar Number: 1172141

Has this case or any related case previously been on appeal?

[✔] No         [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).