# United States Court of Appeals
## For the First Circuit

___

### NOTICE OF APPEARANCE

**No.** 23-1535    **Short Title:** L.M. v. Town of Middleborough

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Foundation for Individual Rights and Expression (FIRE) _____ as the

[ ] appellant(s)       [ ] appellee(s)       [✓] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)     [ ] intervenor(s)

/s/ Robert Corn-Revere             10/5/2023
Signature                          Date

Robert Corn-Revere
Name

FIRE                               215-717-3473
Firm Name (if applicable)          Telephone Number

700 Pennsylvania Ave. SE, Suite 340   267-573-3073
Address                               Fax Number

Washington, DC 20003               bob.corn-revere@thefire.org
City, State, Zip Code              Email (required)

Court of Appeals Bar Number: 1183317

Has this case or any related case previously been on appeal?

[✓] No       [ ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).