# United States Court of Appeals
## For the First Circuit

Nos.  23-1535
      23-1645

L. M., a minor by and through his father and stepmother and natural guardians, Christopher and Susan Morrison,

Plaintiff - Appellant,

v.

TOWN OF MIDDLEBOROUGH, MASSACHUSETTS; MIDDLEBOROUGH SCHOOL COMMITTEE; CAROLYN J. LYONS, Superintendent, Middleborough Public Schools, in her official capacity; HEATHER TUCKER, Acting Principal, Nichols Middle School, in her official capacity,

Defendants - Appellees.

### ORDER OF COURT

Entered: November 22, 2023
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellees Carolyn J. Lyons, Middleborough School Committee, Middleborough, Massachusetts, and Heather Tucker on November 22, 2023 is not in compliance with the following Federal Rules of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)(C)**, requiring that the front cover of the brief contain the title of the case (see Rule 12(a)).  *__The caption on the appellees' brief does not match the caption used by this court.__*

- **Fed. R. App. P. 32(g)(1)**, requiring that a brief submitted under Rule 32(a)(7)(B) include a certificate of compliance by the attorney, or an unrepresented party, that the brief complies with the type-volume limitation. The certificate must state either the number of words in the brief or the number of lines of monospaced type in the brief. *__The appellees' brief does not include a certificate of compliance.__*

Appellees Carolyn J. Lyons, Middleborough School Committee, Middleborough, MA and Heather Tucker are ordered to file a conforming brief by **November 29, 2023**.  The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to

include the new date of service. The due date for appellant's reply brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Maria R. Hamilton, Clerk

cc:
David Andrew Cortman
Andrew David Beckwith
John J. Bursch
Samuel Whiting
Rory Thomas Gray
Paul Logan Spena
Tyson Charles Langhofer
Gregg J. Corbo
Deborah I. Ecker
Kay H. Hodge
John Matthew Simon
Garrett A.D. Gee
Ruth A. Bourquin
Kirsten V. Mayer
Rachel E. Davidson
John Michael Connolly
Thomas Samuel Vaseliou
Ilya Shapiro
William Edward Trachman
James L. Kerwin
Gary Lawkowski
Deborah Jane Dewart
Robert Corn-Revere
Gene C. Schaerr
Jennifer C. Braceras
Catherine W. Short
Joseph David Spate