# United States Court of Appeals
## For the First Circuit

No. 23-1535

L. M., a minor by and through his father and stepmother and natural guardians, Christopher and Susan Morrison,

Plaintiff - Appellant,

v.

TOWN OF MIDDLEBOROUGH, MASSACHUSETTS; MIDDLEBOROUGH SCHOOL COMMITTEE; CAROLYN J. LYONS, Superintendent, Middleborough Public Schools, in her official capacity; HEATHER TUCKER, Acting Principal, Nichols Middle School, in her official capacity,

Defendants - Appellees.

No. 23-1645

L. M., a minor by and through his father and stepmother and natural guardians, Christopher and Susan Morrison,

Plaintiff - Appellant,

v.

TOWN OF MIDDLEBOROUGH, MASSACHUSETTS; MIDDLEBOROUGH SCHOOL COMMITTEE; CAROLYN J. LYONS, Superintendent, Middleborough Public Schools, in her official capacity; HEATHER TUCKER, Acting Principal, Nichols Middle School, in her official capacity,

Defendants - Appellees.

**CALENDARING NOTICE**

Issued: December 28, 2023

This case is presently scheduled to be called for oral argument on **Thursday, February 8, 2024, at 9:30 a.m. in Boston, MA** in the En Banc Courtroom at the Moakley Courthouse, 7th Floor. There will be no continuance except for grave cause.

The court will provide live audio access to such arguments to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within two weeks of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the [Designation Form](#) available on the court's website at [www.ca1.uscourts.gov](http://www.ca1.uscourts.gov). If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and a motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

The identity of the panel and the times allotted to counsel for oral argument will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check in with the courtroom deputy.** When entering the building, counsel must comply with the COVID-19 screening procedures applicable to the Moakley Courthouse, which can be found here: [GENERAL ORDER 22-1.](#)

Only attorneys and students practicing under 1st Cir. R. 46.0(f) should sit at counsel table; absent permission from the court, clients should be seated in the audience. Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to Daniel Toomey, Calendar Clerk and Courtroom Deputy, by telephone at 617-748-9982.

By the Court:

Maria R. Hamilton, Clerk

cc:
Andrew David Beckwith
Mary Lisa Bonauto

Ruth A. Bourquin
Jennifer C. Braceras
John J. Bursch
Gary D. Buseck
John Michael Connolly
Gregg J. Corbo
Robert Corn-Revere
David Andrew Cortman
Rachel E. Davidson
Deborah Jane Dewart
Deborah I. Ecker
Christopher Erchull
Garrett A.D. Gee
Kelly Gonzalez
Rory Thomas Gray
Kay H. Hodge
Alexsis Johnson
James L. Kerwin
Tyson Charles Langhofer
Gary Lawkowski
Jin Hee Lee
Michael Joseph Long
Kirsten V. Mayer
Charles McLaurin
Janai Nelson
Gene C. Schaerr
Ilya Shapiro
Catherine W. Short
John Matthew Simon
Avatara Antoinette Smith-Carrington
Joseph David Spate
Paul Logan Spena
Samuel Spital
William Edward Trachman
Thomas Samuel Vaseliou
Samuel Whiting