# United States Court of Appeals
## For the First Circuit

_____

Nos. 23-1535, 23-1645

L.M., a minor by and through his father and stepmother and natural guardians, Christopher and Susan Morrison,

Plaintiff, Appellant,

v.

TOWN OF MIDDLEBOROUGH, MASSACHUSETTS; MIDDLEBOROUGH SCHOOL COMMITTEE; CAROLYN J. LYONS, Superintendent, Middleborough Public Schools, in her official capacity; HEATHER TUCKER, Acting Principal, Nichols Middle School, in her official capacity,

Defendants, Appellees.

_____

**JUDGMENT**

Entered: June 9, 2024

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the District Court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: David Andrew Cortman, Andrew David Beckwith, John J. Bursch, Samuel Whiting, Rory Thomas Gray, Paul Logan Spena, Tyson Charles Langhofer, Gregg J. Corbo, Deborah I. Ecker, Kay H. Hodge, John Matthew Simon, Garrett A.D. Gee, Ruth A. Bourquin, Rachel E. Davidson, John Michael Connolly, Thomas Samuel Vaseliou, Ilya Shapiro, William Edward Trachman, James L. Kerwin, Gary Lawkowski, Deborah Jane Dewart, Robert Corn-Revere, Gene C. Schaerr, Jennifer C. Braceras, Catherine W. Short, Joseph David Spate, Janai Nelson, Jin Hee Lee, Samuel Spital, Charles McLaurin, Alexsis Johnson, Avatara Antoinette Smith-Carrington, Gary D. Buseck, Mary Lisa Bonauto, Christopher Erchull, Michael Joseph Long, Kelly Gonzalez