# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 13, 2024

Clerk
United States Court of Appeals for the First
Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: L.M., a Minor By and Through His Father and Stepmother and
Natural Guardians, Christopher and Susan Morrison
v. Town of Middleborough, Massachusetts, et al.
Application No. 24A161
(Your No. 23-1535, 23-1645)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Jackson, who on August 13, 2024, extended the time to and including October 9, 2024.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by
Lisa Nesbitt
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. John J. Bursch
Alliance Defending Freedom
440 First Street, NW
Suite 600
Washington, DC 20001

Mr. Rory Thomas Gray
Alliance Defending Freedom
1000 Hurricane Shoals Rd. NE, Suite D-1100
Lawrenceville, GA 30043

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



FIRST-CLASS MAIL
NEOPOST
08/29/2024
US POSTAGE $000.69⁰
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20543
041M11120601